**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 26-21014-CIV-DAMIAN/D'ANGELO**

**QUINESHA WHITE,**
**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**
**Defendant.**
_______________________________/

## JOINT STIPULATION FOR DISMISSAL WITH RESERVATION OF JURISDICTION TO ENFORCE SETTLEMENT

COMES NOW the Plaintiff, QUINESHA WHITE, and Defendant, UNITED STATES OF AMERICA, by and through their undersigned counsel, and hereby jointly stipulate and agree as follows:

1) The parties have reached a full and final settlement of all claims and disputes asserted in this action.

2) The parties respectfully request that the Court dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), subject to the terms and conditions of the parties' settlement agreement.

3) The parties further respectfully request that the Court retain jurisdiction for the limited purpose of enforcing the parties' settlement agreement, including, if necessary, resolving any dispute concerning the performance of the settlement obligations.

4) The parties agree that dismissal of this action shall not deprive the Court of jurisdiction to enforce the settlement agreement and that the Court's jurisdiction for that purpose shall continue in accordance with the terms of the parties' settlement and any applicable order of the Court.

5) Each party shall bear its own attorneys' fees and costs, except as otherwise expressly provided in the parties' settlement agreement.

6) The parties therefore respectfully request that the Court enter an order:

a. approving the parties' Joint Stipulation;

b. dismissing this action with prejudice;

c. retaining jurisdiction for the limited purpose of enforcing the parties' settlement agreement; and

d. granting such other and further relief as the Court deems just and proper.

WHEREFORE, the parties respectfully request that the Court approve this Joint Stipulation for Dismissal with Reservation of Jurisdiction to Enforce Settlement and enter an appropriate order consistent herewith.

Respectfully submitted,

**U.S. ATTORNEY'S OFFICE**

BY: *<u>/s/Alexander N. DerGarabedian</u>*
Alexander N. Dergarabedian
Court ID A5503439
Alexander.Dergarabedian@usdoj.gov
U.S. Attorney's Office
500 East Broward Boulevard
Fort Lauderdale, FL 33394
Telephone: (954) 660-5792
*Attorney for Defendant*

**LAMPARIELLO LAW GROUP LLP**

*<u>/s/ Joshua Christensen Esq.</u>*
Joshua Christensen, Esq.
Florida Bar. No. 115701
josh@lawllg.com;
Lampariello Law Group LLP
11369 Okeechobee Blvd.
Suite 400
Royal Palm Beach, FL 33411
T: (954)-628-3579
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 26, 2026, a true and correct copy of the foregoing has been submitted to CM/ECF Filing System and furnished to all parties of record.

Respectfully submitted,
\s\ Joshua Christensen

Joshua Christensen, Esq.
Florida Bar No., 115701
LAMPARIELLO LAW GROUP LLP
11369 Okeechobee Blvd., Ste 400
Royal Palm Beach, FL 33411
Tel. (954) 628-3579
Fax: (954) 343-8712
Email: josh@lawllg.com ; pleadings@lawllg.com